IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| JO ELLA HOY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 5:12cv00070 |
| v. | ) |
| | ) |
| CAROLYN W. COLVIN, | ) By: Michael F. Urbanski |
| Commissioner of Social Security, | )     United States District Judge |
| | ) |
| Defendant. | ) |

## ORDER

In accordance with the Memorandum Opinion entered this date, is accordingly

**ORDERED** and **ADJUDGED** as follows:

1. The June 19, 2013 report and recommendation (Dkt. # 19) is **ADOPTED** in part and **REJECTED in part**;

2. Plaintiff's motion for summary judgment (Docket # 13) is **DENIED**;

3. The Commissioner's motion for summary judgment (Docket # 15) is **DENIED**;

4. This case is **REMANDED** to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further consideration consistent with the Memorandum Opinion;

5. On remand, the Commissioner is **ORDERED** to obtain a consultative evaluation by a psychiatrist; and

6. This matter is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a certified copy of this Order to all counsel of record.

Entered:  August 5, 2013

*/s/ Michael F. Urbanski*

Michael F. Urbanski
United States District Judge